**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ADOPTION OF M.B.B.        :   No. 374 WAL 2019
                                 :
                                 :
PETITION OF: C.B., FATHER        :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.